**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John B. KOTMAIR, Jr., d/b/a Save–A– Patriot Fellowship and National Workers Rights Committee; Save–A– Patriot Fellowship, an unincorporated association, Defendants–Appellants.**

No. 07–1156.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 26, 2007.

John B. Kotmair, Jr., Appellant Pro Se; George E. Harp, Shreveport, Louisiana, for Appellant Save–A–Patriot Fellowship, an unincorporated association. Richard Farber, Carol Ann Barthel, United States Department of Justice, Washington, D.C., for Appellee.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John B. Kotmair, Jr., and Save–A–Patriot Fellowship appeal from the district court's orders granting summary judgment in favor of the United States and issuing a permanent injunction against

them based on their activities in promoting a tax evasion scheme, and denying their motions for a new trial and for modification of the injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Kotmair*, No. 1:05–cv–01297–WMN (D.Md. Nov. 29, 2006; Feb. 7, 2007). We deny Save–A–Patriot's motion to strike portions of the brief filed by the United States, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*